## DAUGHERTY, Appellant, v. DAUGHERTY, Respondent.

### (149 N. W. 168.)

**Appeal—Error—No Brief, etc.—Affirmance.**

> Where appellant filed a certified copy of notice of appeal in the Supreme Court, and later filed the original notice of appeal and undertaking, and notice of completion of settled record, but no brief, stipulation, or other paper, the judgment below will be affirmed.

(Opinion filed October 26, 1914.)

Appeal from Circuit Court, Lawrence County. Hon. JAMES McNENNY, Judge.

Action by Anna C. Daugherty against Robert L. Daugherty, for divorce. From a judgment in favor of the Defendant, Plaintiff appeals. Affirmed.

*Lee Card,* for Appellant.

*Hayes & Heffron,* for Respondent.

PER CURIAM. On June 6, 1914, appellant caused to be filed in this court a certified copy of the notice of appeal, on July 9, 1914, the original notice of appeal and undertaking, and on July 24, 1914, the notice of completion of the settled record. No brief, stipulation, or other paper has been filed herein, and appellant is wholly in default.

For these reasons, the judgment of the trial court is affirmed, and the cause remanded to the circuit court of Lawrence county.